UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN C. MENDELL,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL WILLIAMS, CORRECTIONAL OFFICER CHANCE, ANGELA WINSOR, HAROLD SCHULER, SANDRA FUNK, M. GRISHAM, PORTIER, E. PFAU, HILLIARD and ETIENNE<br><br>           Defendant. | Case No. 13-cv-1076-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In a May 27, 2014, order (Doc. 34), the Court gave plaintiff Brian C. Mendell up to and including June 30, 2014, to pay the balance – $11.99 – of the initial partial filing fee assessed at the outset of this case – $14.38. The Court further warned Mendell that if he did not pay the balance of the initial partial filing fee by June 30, 2014, the Court would dismiss this case without prejudice. As of today, Mendell has only paid $10.75 toward his $14.38 fee. However, it appears that Mendell is making serious progress toward paying that fee by making payments of at least $2.60 per month for the past three months. If he continues at this pace, his entire initial partial filing fee will be paid in two more months. Accordingly, the Court **ORDERS** that the deadline for Mendell to pay the balance of the initial partial filing fee – now $3.63 – is extended to September 30, 2014. <u>No further extensions will be granted. If Mendell fails to pay the balance of the initial partial filing fee by the deadline, the Court may dismiss this case without further warning.</u>

In light of Mendell's progress toward paying the initial partial filing fee, the Court **LIFTS** the stay imposed in its May 27, 2014, order and **ORDERS** that all deadlines that expired during

the stay are extended until 14 days from today's date and all unexpired deadlines are extended by 14 days.

**IT IS SO ORDERED.**
**DATED:   July 31, 2014**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**