UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN C. MENDELL,

　　　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　　Case No. 13-cv-1076-JPG-PMF

MICHAEL WILLIAMS, CORRECTIONAL
OFFICER CHANCE, ANGELA WINSOR,
HAROLD SCHULER, SANDRA FUNK, M.
GRISHAM, PORTIER, E. PFAU, HILLIARD
and ETIENNE,

　　　　　Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Brian C. Mendell's motions to withdraw complaint, which the Court construes as motions to voluntarily dismiss the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(a)(2) (Docs. 38 & 42) and motion for status of case (Doc. 41).   Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.   In light of the fact that there are no objections to the plaintiff's motions for voluntary dismissal, the Court **GRANTS** the motions to dismiss (Docs. 38 & 42), **DISMISSES** the remaining claims in this case **without prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly.   The Court further **GRANTS** the motion for status (Doc. 41) and informs the plaintiff that this case is terminated pursuant to his requests.

**IT IS SO ORDERED.**
**DATED:   October 28, 2014**

　　　　　　　　　　　　　　　　s/J. Phil Gilbert
　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　**DISTRICT JUDGE**